# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-463 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| FREDERICK VERNON WILLIAMS, | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Williams et al*, case no. 2:12-cr-00463-JCM-VCF. Petitioner Carolyn Shelmadine Willis-Casey ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 950). The court has examined the petition and finds that further briefing is appropriate. Respondent shall file a response twenty-one days from the date of this order. Thereafter, petitioner will have fourteen days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 950) no later than twenty-one (21) days from the date of this order. If respondent files a response, petitioner's reply is due fourteen (14) days thereafter.

IT IS SO ORDERED.

The clerk is instructed to file this order in the instant matter and in the related civil case, no. 2:19-cv-01061-JCM.

DATED July 2, 2019.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**